UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE TERZULLI,

            Plaintiff,

 -v-

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

            Defendant.

CIVIL ACTION NO.: 25 Civ. 1913 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court, having noticed that counsel for Defendant Prudential Insurance Company of America has not yet filed a notice of appearance on the docket, hereby orders Defendant's counsel to do so by **Monday, May 12, 2025.**

Dated:     New York, New York
            May 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**