

> **Defendant's request at ECF No. 22 is GRANTED. The Initial Case Management Conference in this matter is ADJOURNED to Monday, June 30, 2025 at 2:15 p.m. EST.** The parties are directed to call: 1-855-244-8681; access code: 2308 226 4654# at the scheduled time. The parties' Rule 26(f) Report is due on **Monday, June 23, 2025.**
>
> **So ORDERED    6/9/25**
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

joslick@seyfarth.com
T (212) 218-6480

www.seyfarth.com

June 9, 2025

**VIA ECF**

Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Nicole Terzulli v. The Prudential Insurance Company of America,* <u>1:25-cv-01913-GHW-SLC (S.D.N.Y)</u>

Dear Judge Cave:

We represent Defendant The Prudential Insurance Company of America ("Prudential") in the above-referenced matter.

In accordance with Your Honor's individual practices, Prudential submits this unopposed letter motion for an adjournment of the Initial Case Management Conference scheduled for Monday, June 16, 2025 at 2:30 p.m. by telephone. (ECF No. 21.) This request is being made because Prudential's counsel are unavailable on that date. Prudential has conferred with Plaintiff's counsel, and confirmed that all parties are available for a remote Initial Case Management Conference on the following dates and times: June 20 (after 3:00 p.m. only), June 24, June 30, July 1-2, and July 7-11. Plaintiff's counsel reports that Plaintiff does not object to the proposed adjournment, but also does not consent to it.

This is Prudential's first request for an adjournment of the Initial Case Management Conference. Prudential seeks this relief in good faith, and not for purposes of delay. Prudential has confirmed that Plaintiff's counsel does not oppose its requested adjournment. The only deadlines the requested extension will affect are the following: June 9, 2025 deadline to file Report of Rule 26(f) Meeting and Proposed Case Management Plan. Prudential proposes this deadline be rescheduled to seven (7) calendar days before the adjourned Initial Case Management Conference.

I thank Your Honor for your consideration of this application.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Jacob Oslick*

Jacob Oslick

Cc: All counsel of record (via ECF)