UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE TERZULLI,<br><br>                    Plaintiff,<br><br>-v-<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant. | CIVIL ACTION NO.: 25 Civ. 1913 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephonic Discovery Conference held today, September 10, 2025 (the "Conference"), the Court orders as follows:

1. Plaintiff shall file a letter, not to exceed 1,050 words, briefing the discovery issues discussed at the Conference by **Friday, September 12, 2025**.

2. The parties shall file a joint letter by **Friday, September 19, 2025** informing the Court of the status of mediation in this case.

3. The parties shall order a copy of the transcript of the Conference using the annexed form by **Monday, September 15, 2025.**

Dated:     New York, New York
           September 10, 2025

                                                      SO ORDERED.

                                                      _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |