

October 21, 2025

**FILED VIA PACER**
Hon. Sarah L. Cave, U.S.M.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street, Courtroom 18A
New York, NY 10007

      **RE:**   *Terzulli v. The Prudential Life Ins. Co. of Am.*, Case No. 1:25-cv-1913-GHW-SLC
              **Status Update Regarding Outcome of Mediation**

Judge Cave:

    Pursuant to Your Honor's Order dated September 19, 2025, the Parties write jointly to inform the Court that they reached a settlement in principle at the mediation on October 14, 2025.

    The Parties are currently working to finalize the details of the settlement agreement. As such, the Parties ask that the Court postpone all current deadline in this case and request 30 days to finalize the settlement agreement.

    Thank you for your time and attention to this matter.

Respectfully Submitted,

| | |
|---|---|
| /s/ Ryan McIntyre | /s/ Alnisa Bell |
| Riemer Hess, LLC | Seyfarth Shaw LLP |
| 110 East 42ne Street, Suite 1418 | 620 Eighth Avenue |
| New York, NY 10017 | New York, NY 10018 |
| T: (212) 297-0700 | T: (212) 218-5532 |
| rmcintyre@riemerhess.com | abell@seyfarth.com |

---

The Court is in receipt of the parties' letter at Dkt. No. 35 notifying the Court that the parties reached a settlement in principle. The parties are ORDERED to file a stipulation of dismissal by **Thursday, November 20, 2025**. All pending deadlines shall be held IN ABEYANCE pending the filing of the stipulation of dismissal.

The Clerk of the Court is respectfully directed to close Dkt. No. 32.

SO ORDERED    10/21/25

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge