

November 18, 2025

**FILED VIA PACER**
Hon. Sarah L. Cave, U.S.M.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street, Courtroom 18A
New York, NY 10007

      **RE:**   *Terzulli v. The Prudential Life Ins. Co. of Am.*, Case No. 1:25-cv-1913-GHW-SLC
             **Status Update Regarding Settlement**

Judge Cave:

    I write to request a thirty (30) day extension of the November 20, 2025 deadline to file a stipulation of dismissal in this action.

    As the Parties previously informed the Court, they have reached a settlement in principle and the Court gave the Parties until November 20, 2025 to file a stipulation of dismissal. (ECF 36). The Parties need an additional thirty (30) days to finalize the settlement details. Therefore, the Parties request the deadline to file a stipulation of dismissal be extended to December 20, 2025. This is the first request for an extension and all Parties consent to this request.

    Thank you for your time and attention to this matter.

Respectfully Submitted,

*/s/ Ryan McIntyre*
Riemer Hess, LLC
110 East 42nd Street, Suite 1418
New York, NY 10017
(212) 297-0700
rmcintyre@riemerhess.com

---

The request at Dkt. No. 37 is GRANTED and the deadline to file a stipulation of dismissal is EXTEDNED to **Monday, December 22, 2025.**

The Clerk of the Court is respectfully directed to close Dkt. No. 37.

SO ORDERED   11/19/25

SARAH L. CAVE
United States Magistrate Judge